# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNEY WHITE, | **Case No. 1:13-cv-1642 GSA** |
| Plaintiff, | Consent case: |
| vs. | Hon. Gary S. Austin, U.S. Magistrate Judge |
| ECOLAB INC. and DOES 1-25, | |
| Defendants. | **ORDER MODIFYING SCHEDULING ORDER** |
| | (Doc. 21) |

Based on the parties' stipulation (Doc. 21), the Court continues the deadlines and dates set forth in the Court's December 20, 2013 Scheduling Order (Doc. 13).  With the agreement of the parties, the Court has adjusted the motion filing deadlines and trial-related dates proposed by the parties, so as to better comport with the Court's sequencing and spacing requirements. Accordingly, the deadlines and dates in the scheduling order are continued as follows:

///

///

///

10922723

1

| Event | Deadline |
|---|---|
| Nonexpert Discovery Cutoff | January 23, 2015 |
| Expert Disclosure | March 6, 2015 |
| Rebuttal Expert Disclosure | April 24, 2015 |
| Expert Discovery Cutoff | June 1, 2015 |
| Nondispositive Motion Filing Deadline | July 2, 2015 |
| Dispositive Motion Filing Deadline | November 1, 2015 |
| Pretrial Conference | February 11, 2016 10:00 a.m. Courtroom 10 |
| Trial | April 12, 2016 8:30 a.m. Courtroom 10 |

IT IS SO ORDERED.

Dated: **November 13, 2014**         /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE