**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNEY WHITE, | **Case No. 1:13-cv-1642 GSA** |
| Plaintiff, | |
| v. | |
| ECOLAB INC. and DOES 1-25, | **ORDER EXTENDING NONEXPERT DISCOVERY CUTOFF AND EXPERT DISCLOSURE DATE** |
| Defendants. | |
| | (Doc. 27) |

Based on the parties' stipulation (Doc. 27), the Court grants Defendant Ecolab Inc.'s request to extend the nonexpert discovery cutoff date and expert disclosure deadline. Specifically, the deadlines and dates in the scheduling order are continued as follows:

| Event | Deadline |
|---|---|
| Nonexpert Discovery Cutoff | **February 23, 2015** |
| Expert Disclosure | **March 24, 2015** |

1

| | |
|---|---|
| Rebuttal Expert Disclosure | April 24, 2015 |
| Expert Discovery Cutoff | June 1, 2015 |
| Nondispositive Motion Filing Deadline | July 2, 2015 |
| Dispositive Motion Filing Deadline | November 1, 2015 |
| Pretrial Conference | February 11, 2016<br><br>10:00 a.m.<br><br>Courtroom 10 |
| Trial | April 12, 2016<br><br>8:30 a.m.<br><br>Courtroom 10 |

IT IS SO ORDERED.

Dated:   **January 26, 2015**               **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE