UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHNEY WHITE, | ) **Case No. 1:13-cv-1642 GSA** |
| Plaintiff, | ) |
| vs. | ) |
| ECOLAB INC. and DOES 1-25, | ) **ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |
| Defendants. | ) (Doc. 29) |

Based on the parties' stipulation (Doc. 29), the Court grants Ecolab Inc. an extension of time to respond to Plaintiff's discovery requests. Specifically, Defendant shall respond and/or object to Plaintiff's Requests for Admissions, Set One; Interrogatories, Set One; and Requests for Production, Set One on or before February 11, 2015. The Court notes (and the stipulation acknowledges) that this request is the second time the parties have requested an extension of time with respect to these discovery requests. The parties are advised that the Court views the filing of multiple piecemeal requests for extensions of time with disfavor. In the future, the parties should determine the total amount of time that will actually be required as an extension *before* approaching the Court with a stipulated request for an extension of time.

IT IS SO ORDERED.

Dated: **January 30, 2015**         /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE

10922723