UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHNEY WHITE,<br><br>  Plaintiff,<br><br>vs.<br><br>ECOLAB INC. and DOES 1-25,<br><br>  Defendants. | **Case No. 1:13-cv-01642-GSA**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>(Doc. 34) |

Based on the parties' Stipulation of Dismissal with Prejudice (Doc. 34), this entire action, including all of Plaintiff's claims and causes of action, is dismissed with prejudice and on the merits with each party bearing its own fees, costs, and expenses. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 2, 2015**           **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

10922723